

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '23 MJ4426 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Alma Alicia PERALTA Huerta, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about December 5, 2023, within the Southern District of California, Alma Alicia PERALTA Huerta did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about December 5, 2023, within the Southern District of California, Alma Alicia PERALTA Huerta did knowingly and intentionally import a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

## COUNT 3

On or about December 5, 2023, within the Southern District of California, Alma Alicia PERALTA Huerta did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Guillermo Diaz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th day of December 2023.

_____
Honorable David D. Leshner
United States Magistrate Judge

## STATEMENT OF FACTS

On December 5, 2023, at approximately 7:05 PM, Alma Alicia PERALTA Huerta and a passenger identified as "G.H.C." applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #21. PERALTA was the driver and registered owner of a 2008 GMC Arcadia bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the vehicle.

A U.S. Customs and Border Protection Officer asked PERALTA if she had anything to declare and PERALTA stated, "dried shrimp." PERALTA stated she was crossing the border to go to Rialto, California. A CBPO referred the vehicle after being requested by a Canine Enforcement Officer because a Human and Narcotics Detection Dog alerted to the vehicle. The CBPO also received an alert to and referred the vehicle for further inspection.

A CBPO operating the Z-Portal X-ray machine detected anomalies in the rear left side door behind the driver side.

Further inspection of the vehicle resulted in the discovery of 96 total packages concealed in the rear quarter panel, firewall, dashboard, and center console of the vehicle. 79 of the packages contained a substance, a sample of which field tested

positive for the characteristics of methamphetamine, with a total approximate weight of 38.92 kgs (85.80 lbs.); 8 of the packages contained a substance, a sample of which field tested positive for the characteristics of heroin, with a total approximate weight of 9.10 kgs ( 20.06 lbs.); 9 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 9.78 kgs ( 21.56 lbs.).

PERALTA was placed under arrest on December 6, 2023, at approximately 12:23 AM.

During a post-Miranda interview, PERALTA denied knowledge of the narcotics in the vehicle. PERALTA stated that she was headed home. PERALTA advised she has never been arrested.

G.H.C. was released to relatives.

PERALTA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.